# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MCKESSON CORPORATION,**

    **Plaintiff,**

v.                                                        Case No: 6:21-cv-422-WWB-LRH

**OPHARMA GROUP LLC, RAJESH A. PATEL, SUSAN SCHLEIFER and EDELMIRA LARA,**

    **Defendants.**

## ORDER TRANSFERRING CASE

In the interest of justice, the undersigned transfers this case to United States Magistrate Judge Gregory J. Kelly, with his permission, to be considered along with Case Nos. 6:21-cv-361-RBD-GJK and 6:21-cv-364-RBD-GJK.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2021.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties