**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MCKESSON PLASMA AND**
**BIOLOGICS, LLC,**

               **Plaintiff,**

v.                                                      **Case No. 6:21-cv-422-RBD-GJK**

**OPHARMA GROUP LLC,**
**SUSAN SCHLEIFER,**
**EDELMIRA LARA, and**
**FREDERICK SMITH,**

               **Defendants.**
_____

**REPORT AND RECOMMENDATION**

On October 29, 2021, mediation was conducted and a settlement on all issues was reached between Plaintiff and defendant, Susan Schleifer. Doc. No. 67. On November 29, 2021, this Court entered an order directing the Clerk to terminate defendant, Susan Schleifer as a party to this action. Doc. No. 68. On December 10, 2021, Plaintiff filed a motion requesting an entry of final judgment in favor of Plaintiff and against defendant, Susan Schleifer consistent with the terms of mediation (the "Motion"). Doc. No. 69. The Motion requests entry of a final judgment in favor of McKesson Plasma and Biologics, LLC and against defendant Susan Schleifer in the amount of $219,556.88. *Id.* at 2. The Motion is

unopposed. *Id.* at 6.

Based on the forgoing, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 69); and

2. Enter final judgment in favor of Plaintiff and against Susan Schleifer consistent with the terms of mediated settlement.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida, on December 16, 2021.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge
Counsel of Record