UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MCKESSON CORPORATION,

    Plaintiff,

v.                                          Case No. 6:21-cv-422-RBD-GJK

OPHARMA GROUP LLC;
EDELMIRA LARA; and FREDERICK
SMITH,

    Defendants.
_____

**ORDER**

Before the Court are:

1. Unopposed Motion for Entry of Final Judgment in Favor of Plaintiff and Against Defendant Susan Schleifer Consistent with the Terms of Mediated Settlement (Doc. 69 ("Motion")); and

2. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 71 ("R&R")).

In this breach of contract case, Plaintiff and Defendant Susan Schleifer reached an agreement after mediation. (*See* Doc. 69, ¶¶ 1, 4–5.) Plaintiff now requests that the Court enter final judgment against Schleifer. (*Id.* ¶ 8.) On referral, Judge Kelly recommends granting the Motion and entering final judgment in accordance with the terms of the settlement. (Doc. 71, p. 2.)

The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 71) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 69) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter final judgment in favor of Plaintiff and against Susan Schleifer in the amount of $219,556.88.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 3, 2022.

ROY B. DALTON JR.
United States District Judge